U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Feb 11 - 2026**

John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. MATTHEW WELCH AND JAMES SECHRIST, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FIRST CONTRACTING, INC.; BROADWAY ELECTRIC, INC.; CORNERSTONE CONTRACTING; INNOVATIVE SUPPORT SOLUTIONS, INC.; AND AFCI-CCI-JV ONE LLC, <br><br> Defendants. | Civil Action No. <br> 5:23-CV-0525 (TJM/ML) <br><br><br> **FILED UNDER SEAL** |

## ORDER

Upon consideration of the United States' Application to Extend Time to Intervene, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that the United States shall have until May 15, 2026 to intervene in the above-captioned action or to notify the Court that it declines to do so, and it is further

ORDERED that except as otherwise stated in this Court's July 10, 2023 Order, the complaint and all other documents in this action shall remain under seal until further order of this Court, and it is further

ORDERED that the United States shall provide a copy of this Order, but not the United States' Application, to the relators.

IT IS SO ORDERED.

February __11__, 2026

_Miroslav Lovric_
Hon. Miroslav Lovric
United States Magistrate Judge